## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. _____ |
| | : | |
| v. | : | MAGISTRATE NO. 13-mj-684 |
| | : | |
| **GREGORY SHAFER,** | : | VIOLATIONS: |
| | : | |
| | : | 40 U.S.C. § 5104(e)(1) |
| | : | (Unlawful Possession of a Firearm on U.S |
| **Defendant.** | : | Capitol Grounds) |
| | : | 7 D.C. Code § 2502.01(a) |
| | : | (Possession of an Unregistered Firearm) |
| | : | 7 D.C. Code § 2506.01 |
| | : | (Unlawful Possession of Ammunition) |

### I N F O R M A T I O N

The United States Attorney charges that:

#### COUNT ONE

On or about September 9, 2013, within the District of Columbia, **GREGORY F. SHAFER,** did unlawfully, knowingly and intentionally possess a firearm, a 9 mm Taurus PT 111 Pro handgun, on United States Capitol Grounds.

(**Unlawful Possession of a Firearm on U.S. Capitol Grounds**, in violation of Title 40, United States Code, Section 5104(e)(1))

#### COUNT TWO

On or about September 9, 2013, within the District of Columbia, **GREGORY F. SHAFER**, did unlawfully, knowingly and intentionally possess an unregistered firearm, a 9 mm Taurus PT 111 Pro handgun.

(**Possession of an Unregistered Firearm**, in violation of Title 7, D.C. Code, Section 2502.01(a))

## COUNT THREE

On or about September 13, 2013, within the District of Columbia, **GREGORY F. SHAFER**, did unlawfully, knowingly and intentionally possess an unregistered firearm, a 12 gauge Stevens Model 350 shotgun.

(**Possession of an Unregistered Firearm**, in violation of Title 7, D.C. Code, Section 2502.01(a)).

## COUNT FOUR

On or about September 9, 2013, within the District of Columbia, **GREGORY F. SHAFER**, did unlawfully, knowingly and intentionally possess ammunition, 9 mm ammunition.

(**Unlawful Possession of Ammunition**, in violation of Title 7, D.C. Code, Section 2506.01).

## COUNT FIVE

On or about September 13, 2013, within the District of Columbia, **GREGORY F. SHAFER**, did unlawfully, knowingly and intentionally possess ammunition, Remington 12 gauge ammunition.

(**Unlawful Possession of Ammunition**, in violation of Title 7, D.C. Code, Section 2506.01)

RONALD C. MACHEN JR.
United States Attorney
for the District of Columbia
D.C. Bar No. 447-889

BY: _____
ANGELA S. GEORGE
D.C. BAR NO. 470-567
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., Room 4444
Washington, D.C. 20530
(202) 252-7758
Angeala.George@usdoj.gov